ARNOLD & PORTER KAYE SCHOLER LLP
DORI ANN HANSWIRTH (pro hac vice)
Email: dori.hanswirth@arnoldporter.com
250 West 55th Street
New York, NY 10019
Telephone:(212) 836-8000
Facsimile:(212) 836-8689

ARNOLD & PORTER KAYE SCHOLER LLP
JOSEPH FARRIS (SBN 263405)
Email: joseph.farris@arnoldporter.com
HAFEEZ KHAN (SBN 339702)
Email: hafeez.khan@arnoldporter.com
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

ARNOLD & PORTER KAYE SCHOLER LLP
OSCAR RAMALLO (SBN 241487)
Email: oscar.ramallo@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Defendant Adobe Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE FOUNDRY VISIONMONGERS LTD.<br><br>Plaintiff,<br><br>vs.<br><br>ADOBE INC.,<br><br>Defendant. | Case No. 5:26-cv-02121-NW<br><br>Action Filed: March 11, 2026<br><br>**DEFENDANT ADOBE INC.'S OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO EXPEDITE PRELIMINARY INJUNCTION HEARING**<br><br>Date: July 22, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 5th Floor<br><br>Judge: Honorable Noël Wise<br>Trial Date: None Set |

Pursuant to Local Rules 6-3 and 7-11, Defendant Adobe Inc. ("Adobe") respectfully requests that the Court deny Plaintiff The Foundry Visionmongers Ltd. ("Foundry Visionmongers")'s Administrative Motion to Expedite Preliminary Injunction Hearing ("Motion to Expedite") (Dkt. 31). Adobe opposes this Motion to Expedite for the same reasons it seeks an enlargement of time. *See* Dkt. 32. In short: Foundry Visionmongers had nearly *seven months* to prepare their motion for preliminary injunction ("PI Motion"); Adobe should not have only two weeks to oppose it. Rather than re-argue the same points here, Adobe files this Opposition solely to inform the Court that the record is complete as to both parties' motions and to respectfully request an expedited ruling given that Adobe's opposition brief to the PI Motion would otherwise be due within days.

Dated: May 14, 2026

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Joseph Farris*
JOSEPH FARRIS

*Attorneys for Defendant Adobe Inc.*