UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE FOUNDRY VISIONMONGERS LTD.,

Plaintiff,

v.

ADOBE INC.,

Defendant.

Case No. 26-cv-02121-NW

**ORDER DENYING PLAINTIFF'S MOTION TO EXPEDITE PRELIMINARY INJUNCTION HEARING AND DENYING DEFENDANT'S MOTION TO SET BRIEFING SCHEDULE**

Re: ECF Nos. 31, 32

On March 11, 2026, Plaintiff the Foundry Visionmongers Ltd. ("Foundry") initiated this action against Defendant Adobe Inc. ("Adobe"), alleging that Adobe's Foundry Firefly product infringes Foundry's registered trademarks. ECF No. 1.[1] On May 6, 2026, Foundry filed a motion for preliminary injunction ("PI motion"), which is set to be heard on July 22, 2026. ECF No. 28. Adobe's opposition is due May 20, 2026. *See* Civil L.R. 7-3(a).

On May 13, 2026, the parties filed administrative motions seeking to revise the briefing schedule and hearing on the PI motion. Foundry seeks to accelerate the hearing to June 17, 2026 or earlier. ECF No. 31 ("Foundry Mot."). Adobe requests an extension of its opposition deadline to Juen 15, 2026. ECF No. 33 ("Adobe Mot."). Both motions are opposed. ECF Nos. 33 ("Foundry Opp'n"); ECF No. 34 ("Adobe Opp'n").

The Court DENIES both motions. Foundry's conduct belies any urgency. Foundry waited 56 days after filing its complaint to seek a preliminary injunction, then waited an additional 7 days after filing the PI motion to seek an earlier hearing date. The Court cannot find that an earlier hearing is necessary under such circumstances.

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

Nor can the Court find that Adobe has been diligent in seeking an extension of its opposition deadline.  On May 8, 2026, Adobe requested that Foundry stipulate to a mutual extension of Adobe's PI opposition and Foundry's opposition to Adobe's motion to dismiss.  ECF No. 32 at 3; ECF No. 32-1 ("Farris Decl.") ¶ 6 & Ex A.  Adobe then waited until May 12 to email Foundry again to request a response.  Farris Decl. ¶¶ 7–8 & Ex. A.  Adobe does not explain why it waited four days to follow up—thereby delaying the filing of its motion—when it was well-aware of the impending May 20 opposition deadline.[2]

**IT IS SO ORDERED.**

Dated: May 15, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

---

[2] Adobe filed its motion at 11:22 p.m. on May 13, and requested that the Court rule on its motion by May 15.  Adobe Mot. at 2.  The Court notes that Civil Local Rule 6-3(a) provides that oppositions to motions to change time are due "no later than 4 days after receiving the motion."  It is unreasonable to request the Court rule on a non-exigent motion in just over 24 hours.  The Court's standing Order directly addresses these types of requests, both in terms of timing and the necessity for good cause.  The Court admonishes Adobe to follow the Court's standing Order.