United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FOUNDRY VISIONMONGERS LTD., Plaintiff, v. ADOBE INC., Defendant. | Case No. 26-cv-02121-NW<br>**ORDER DENYING MOTION TO DISMISS**<br>Re: ECF No. 42 |

On June 9, 2026, Defendant Adobe Inc. filed a motion to dismiss Plaintiff The Foundry Visionmongers LTD's amended complaint (ECF No. 38). ECF No. 42. The Court heard oral argument on August 21, 2026. As ordered on the record during the hearing, Defendant's motion to dismiss is DENIED.

Defendant primarily challenges whether Plaintiff has adequately alleged facts to support the proposition that Defendant's use of the "foundry" mark at issue is likely to cause confusion. Plaintiff includes facts showing that Defendant has used the term "foundry" on its own (without additional terms such as "Firefly Foundry"), the parties' goods and services are both related to digital content creation software, and the parties have overlapping customers. At this stage, these allegations are adequate to show that there is a likelihood of confusion. The Court finds that many of Defendant's additional arguments challenging the allegations are factual disputes not suitable for resolution at this stage of the proceedings.

Defendant does not meaningfully challenge Plaintiff's remaining claims (federal and state unfair competition and common law trademark infringement claims). Regardless, given that these claims largely overlap with the basic allegations in Plaintiff's trademark infringement claim, the Court denies any request to dismiss these claims. Additionally, the Court denies Defendant's

request for judicial notice without prejudice.

**IT IS SO ORDERED.**

Dated: September 7, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California