ARNOLD & PORTER KAYE SCHOLER LLP
DORI ANN HANSWIRTH (pro hac vice)
Email: dori.hanswirth@arnoldporter.com
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

ARNOLD & PORTER KAYE SCHOLER LLP
MARK JOSEPH SAMARTINO (pro hac vice)
Email: mark.samartino@arnoldporter.com
300 N. LaSalle Drive, Suite 3500
Chicago, IL 60654
Telephone: (312) 583-2437
Facsimile: (312) 583-2591

ARNOLD & PORTER KAYE SCHOLER LLP
JOSEPH FARRIS (SBN 263405)
Email: joseph.farris@arnoldporter.com
HAFEEZ KHAN (SBN 339702)
Email: hafeez.khan@arnoldporter.com
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

ARNOLD & PORTER KAYE SCHOLER LLP
OSCAR RAMALLO (SBN 241487)
Email: oscar.ramallo@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Defendant Adobe Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE FOUNDRY VISIONMONGERS LTD.<br><br>Plaintiff,<br><br>vs.<br><br>ADOBE INC.,<br><br>Defendant. | Case No. 5:26-cv-02121-NW<br><br>Action Filed: March 11, 2026<br><br>**DEFENDANT ADOBE INC.'S RESPONSE TO THE NOVEMBER 12, 2026 DISCLOSURE ORDER**<br><br>Judge: Honorable Noël Wise<br>Trial Date: November 29, 2027 |

In response to the Court's November 12, 2026 Disclosure Order (Dkt. 72), Defendant and Counterclaim Plaintiff Adobe Inc., by and through its attorneys, states that it has no objection to Magistrate Judge DeMarchi acting in this matter.

Dated: November 25, 2026

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: *<u>/s/ Dori Ann Hanswirth</u>*___
DORI ANN HANSWIRTH
JOSEPH FARRIS
OSCAR RAMALLO
HAFEEZ KHAN
MARK SAMARTINO

*Attorneys for Defendant Adobe Inc.*

# CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be electronically filed on November 25, 2026, with the Clerk using the CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

*/s/ Dori Ann Hanswirth*

Dori Ann Hanswirth