Mark C. Comtois (*pro hac vice*)
mccomtois@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, DC 20001
Telephone: (202) 776-5240

Nicole K. McLaughlin (*pro hac vice*)
nkmclaughlin@duanemorris.com
Tyler R. Marandola (*pro hac vice*)
tmarandola@duanemorris.com
Brianna M. Vinci (*pro hac vice*)
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1198

Jennifer M. Lantz (SBN 202252)
jmlantz@duanemorris.com
**DUANE MORRIS LLP**
260 Homer Avenue, Suite 202
Palo Alto, CA 94301-2777
Telephone: (650) 847-4150

*Attorneys for Plaintiff The Foundry Visionmongers Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE FOUNDRY VISIONMONGERS LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**ADOBE INC.,**<br><br>Defendant. | Case No. 5:26-cv-2121-NW<br><br>**PLAINTIFF'S RESPONSE TO NOVEMBER 12, 2026 DISCLOSURE ORDER**<br><br>Judge: Hon. Noël Wise<br>Trial Date: November 29, 2027 |

In response to the Court's November 12, 2026 Disclosure Order (Dkt. 72), Plaintiff The Foundry Visionmongers Ltd. ("Foundry") states that it has no objection to Magistrate Judge DeMarchi acting in this matter.

DATED: November 25, 2026

By: */s/ Jennifer M. Lantz*

Jennifer M. Lantz (SBN 202252)
jmlantz@duanemorris.com
**DUANE MORRIS LLP**
260 Homer Avenue, Suite 202
Palo Alto, CA 94301-2777
Phone: (650) 847-4150
Facsimile: (650) 847-4151

Mark C. Comtois (*pro hac vice*)
mccomtois@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, DC 20001
Telephone: (202) 776-5240

Nicole K. McLaughlin (*pro hac vice*)
nkmclaughlin@duanemorris.com
Tyler R. Marandola (*pro hac vice*)
tmarandola@duanemorris.com
Brianna M. Vinci (*pro hac vice*)
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1198

*Attorneys for Plaintiff The Foundry Visionmongers Ltd*

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be electronically filed on November 25, 2026 with the Clerk using the CM/ECF System. I certify that all participants in the cease are registered CM/ECF users and that service will be accomplished via the Court's CM/ECF system.

*/s/ Jennifer M. Lantz*
Jennifer M. Lantz